IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAT SCHOTTLER,

    Plaintiff,

v.

STATE OF WISCONSIN &
DEFENDANTS THEY NAME,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-133-slc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing this case.

_____
Peter Oppeneer, Clerk of Court

3/22/10
Date